UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CROWLEY PUERTO RICO SERVICES, INC.,

      Plaintiff,

v.                                           Case No: 3:14-cv-78-J-39JBT

BLU PHARMCEUTICALS, LLC, and
BLUE CARIBE CORPORATION,

      Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on Magistrate Judge Joel B. Toomey's Report and Recommendation (Doc. 10), entered on April 4, 2014. In the Report, Magistrate Judge Toomey recommends that Plaintiff's Motion for Final Default Judgment against Defendants (Doc. 9) be **DENIED**, and that Plaintiff be allowed file an amended complaint and re-serve it.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1)(C). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8, 2007 WL 1428615, at *1 (M.D. Fla. May 14, 2007).

Upon independent review of the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge and deny Plaintiff's Motion for Final Default Judgment against Defendants.

Accordingly, it is hereby

**ORDERED:**

1. Magistrate Judge Joel B. Toomey's Report and Recommendation (Doc. 10) is **ADOPTED** as the opinion of the Court.

2. Plaintiff's Motion for Final Default Judgment against Defendants (Doc. 9) is **DENIED** as provided in the Report and Recommendation.

3. Plaintiff shall file an amended complaint no later than **Friday, June 27, 2014**.

4. Plaintiff must timely serve any amended complaint upon each Defendant within **45 days** after the amended complaint is filed, pursuant to Rule 4 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** in Jacksonville, Florida this 11th day of June, 2014.

BRIAN J. DAVIS
United States District Judge

bb
Copies furnished to:

The Honorable Joel B. Toomey
United States Magistrate Judge

Counsel of Record